# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-427
LT Case Nos. 45-2022-CF-000064-AXXX
45-2022-CF-000065-AXXX
45-2022-CF-000066-AXXX
45-2022-CF-000067-AXXX
45-2022-CF-000068-AXXX

_____

MICHAEL DEANGELO NORMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
James H. Daniel, Judge.

Matthew Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Robert Charles Lee,
Assistant Attorney General, Tallahassee, for Appellee.

February 6, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____